**SEALED**



JUN 1 4 2023

BONNIE HACKLER
Clerk, U.S. District Court
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | **SEALED** |
| v. | Case No. **23 CR 106 JFH** |
| **LAWRENCE FOURKILLER,** | |
| *Defendant.* | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**AGGRAVATED SEXUAL ABUSE OF A CHILD IN INDIAN COUNTRY**
**[18 U.S.C. §§ 2241(c), 2246(2)(B), 1151, & 1153]**

Between in or about August 2020 and May 2021, within the Eastern District of Oklahoma, in Indian Country, the defendant, **LAWRENCE FOURKILLER**, an Indian, did knowingly engage in and attempt to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: contact between the defendant's penis and the mouth of Y.S., a person who had not attained the age of 12 years, in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(B), 1151, and 1153.

### COUNT TWO

**ABUSIVE SEXUAL CONTACT IN INDIAN COUNTRY**
**[18 U.S.C. §§ 2244(a)(5), 2246(3), 1151, & 1153]**

Between in or about August 2022 and May 2023, within the Eastern District of Oklahoma, in Indian Country, the defendant, **LAWRENCE FOURKILLER**, an Indian, did knowingly engage in and cause sexual contact as defined in Title 18, United States Code, Section 2246, to

wit: intentionally touching, directly and through the clothing, the buttocks of J.J., who had not attained the age of 12 years, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2244(a)(5), 2246(3), 1151, and 1153.

## COUNT THREE

### ABUSIVE SEXUAL CONTACT IN INDIAN COUNTRY
### [18 U.S.C. §§ 2244(a)(5), 2246(3), 1151, & 1153]

Between in or about August 2022 and May 2023, within the Eastern District of Oklahoma, in Indian Country, the defendant, **LAWRENCE FOURKILLER**, an Indian, did knowingly engage in and cause sexual contact as defined in Title 18, United States Code, Section 2246, to wit: intentionally touching, directly and through the clothing, the breast and buttocks of Y.G., who had not attained the age of 12 years, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2244(a)(5), 2246(3), 1151, and 1153.

## COUNT FOUR

### ABUSIVE SEXUAL CONTACT IN INDIAN COUNTRY
### [18 U.S.C. §§ 2244(a)(5), 2246(3), 1151, & 1153]

Between in or about August 2022 and May 2023, within the Eastern District of Oklahoma, in Indian Country, the defendant, **LAWRENCE FOURKILLER**, an Indian, did knowingly engage in and cause sexual contact as defined in Title 18, United States Code, Section 2246, to wit: intentionally touching, directly and through the clothing, the breast and buttocks of N.F., a person who had not attained the age of 12 years, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2244(a)(5), 2246(3), 1151, and 1153.

## COUNT FIVE

### ABUSIVE SEXUAL CONTACT IN INDIAN COUNTRY
### [18 U.S.C. §§ 2244(a)(5), 2246(3), 1151, & 1153]

Between in or about August 2022 and May 2023, within the Eastern District of Oklahoma, in Indian Country, the defendant, **LAWRENCE FOURKILLER**, an Indian, did knowingly engage in and cause sexual contact as defined in Title 18, United States Code, Section 2246, to wit: intentionally touching, directly and through the clothing, the buttocks of K.L., a person who had not attained the age of 12 years, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2244(a)(5), 2246(3), 1151, and 1153.

## COUNT SIX

### ABUSIVE SEXUAL CONTACT IN INDIAN COUNTRY
### [18 U.S.C. §§ 2244(a)(5), 2246(3), 1151, & 1153]

Between in or about August 2022 and May 2023, within the Eastern District of Oklahoma, in Indian Country, the defendant, **LAWRENCE FOURKILLER**, an Indian, did knowingly engage in and cause sexual contact as defined in Title 18, United States Code, Section 2246, to wit: intentionally touching, directly and through the clothing, the inner thigh of C.C., a person who had not attained the age of 12 years, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2244(a)(5), 2246(3), 1151, and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act,
the original indictment has been filed
under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CAILA M. CLEARY, NY # 5587951
Assistant United States Attorney

4