CLOSED

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: 4:23−mj−00500−BJ All Defendants

| | |
|---|---|
| Case title: USA v. Fourkiller | Date Filed: 06/29/2023 |
| Other court case number: 23CR106JFH District of Oklahoma/Muskogee | Date Terminated: 06/29/2023<br>ED/OK Case No. : CR-23-106-JFH |

Assigned to: Magistrate Judge Jeffrey L. Cureton

**Defendant (1)**

Lawrence Fourkiller
*TERMINATED: 06/29/2023*

represented by  Christopher James Weinbel−FPD
Federal Public Defender's Office
Fort Worth
819 Taylor Street
Ste 9a10
Fort Worth, TX 76021
832−465−1064
Email: christopher_weinbel@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Federal Public Defender Appointment*
Bar Status: *Admitted/In Good Standing*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2241(c), 2246(2)(B), 1151 & 1153 Aggravated Sexual Abuse of | |

1

a child in Indian Country

**Plaintiff**

| | | | |
|---|---|---|---|
| USA | | represented by | **Brandie Lou Wade−DOJ**<br>US Attorney's Office<br>801 Cherry Street<br>Fort Worth, TX 76102<br>817−252−5281<br>Email: brandie.wade@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney's Office*<br>*Bar Status: Not Admitted* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2023 | | Arrest (Rule 5) of Lawrence Fourkiller. Case Number 23CR106JFH from Indictment and warrant Eastern District of Oklahoma/Muskogee. (mcrd) (Entered: 06/30/2023) |
| 06/29/2023 | 1 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance on Rule 5c hearing as to Lawrence Fourkiller held on 6/29/2023. Date of Arrest: 6/29/2023 on warrant from the Eastern District of Oklahoma/Muskogee; Deft executed financial affidavit; O/appointing FPD entered; Rule 5(f) admonishment given; Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA − BRANDIE WADE; Defense − Christopher Weinbel. (No exhibits) Time in Court − :06. (Court Reporter: Digital File) (USPO Lee.) (mcrd) (Entered: 06/30/2023) |
| 06/29/2023 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Lawrence Fourkiller. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/29/2023) (mcrd) (Entered: 06/30/2023) |
| 06/29/2023 | 3 | ELECTRONIC ORDER As to Lawrence Fourkiller:<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.<br><br>By this order −− issued to the prosecution and defense counsel −− the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/29/2023) (mcrd) (Entered: 06/30/2023) |
| 06/29/2023 | 4 | WAIVER of Rule 5(c) Hearings by Lawrence Fourkiller (mcrd) (Entered: 06/30/2023) |
| 06/29/2023 | 5 | MOTION for Pretrial Detention filed by USA as to Lawrence Fourkiller (mcrd) (Entered: 06/30/2023) |

2

| | | |
|---|---|---|
| 06/29/2023 | 6 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Lawrence Fourkiller. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Eastern District of Oklahoma/Muskogee. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/29/2023) (mcrd) (Entered: 06/30/2023) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:23-MJ-500 |
| | § | |
| LAWRENCE FOURKILLER | § | |



## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: June 29, 2023

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

4

# United States District Court
## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | WAIVER OF RULE 5(c) HEARINGS |
| | § | (Excluding Probation Cases) |
| V. | § | |
| | § | |
| LAWRENCE FOURKILLER | § | CASE NUMBER: 4:23-MJ-500 |

I, Lawrence Fourkiller, understand that in the Eastern District of Oklahoma/Muskogee, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( X ) identity hearing

( X ) I have been informed I have no right to a preliminary examination

I HEREBY REQUEST THAT MY DETENTION HEARING BE

( X ) held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

( ) held in this district.

_____
Defendant

June 29, 2023

_____
Defense Counsel

[FILED stamp: DISTRICT COURT, DISTRICT OF [TX], JUN 29 2023, DISTRICT COURT]

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:23-MJ- |
| LAWRENCE FOURKILLER (01) | |

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case:** This case is eligible for a detention order because the case involves:

- ☒ Crime of violence [18 U.S.C. § 3156]
- ☐ Maximum sentence of LIFE imprisonment or death
- ☐ Controlled Substance offense punishable by 10 or more years
- ☐ Felony with 2 prior convictions in above categories
- ☒ Felony involving a minor victim
- ☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
- ☐ Felony involving a failure to register under 18 U.S.C. § 2250
- ☒ Serious risk that the Defendant will flee
- ☒ Serious risk that Defendant will obstruct justice

**2. Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:

- ☒ Defendant's appearance as required
- ☒ The safety of the community
- ☒ The safety of another person.

**3.** The United States **will** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:

- ☐ A Controlled Substance Offense punishable by 10 or more years imprisonment
- ☐ A firearms offense under Title 18, United States Code, Section 924(c)
- ☐ A federal crime of terrorism punishable by 10 or more years imprisonment
- ☒ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
- ☐ A Felony involving a failure to register under 18 U.S.C. § 2250
- ☐ The Defendant has previously been convicted of an offense described in 18 USC 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

**4. Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing

- ☐ at the Defendant's first appearance
- ☒ After a continuance of __3__ days.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ BrWade*
BRANDIE WADE
Assistant United States Attorney
Texas State Bar No. 24058350
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
Email: brandie.wade@usdoj.gov

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was served June 29, 2023, upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

*/s/ BrWade*
BRANDIE WADE
Assistant United States Attorney

6

# UNITED STATES DISTRICT COURT

Northern _____ District of _____ Texas at Fort Worth

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| LAWRENCE FOURKILLER | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 23CR106JFH | 4:23-MJ-500 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)  ☐ Petition

charging a    18    U.S.C.   2241(c), 2246(2)(B), 1151 & 1153

**DISTRICT OF OFFENSE**
Eastern District of Oklahoma/Muskogee

**DESCRIPTION OF CHARGES:**

Aggravated sexual abuse of a child in Indian Country

JUN 29 2023

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 29, 2023
Date

_____
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

7